IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIE TERION WASHINGTON,<br>Petitioner, | §<br>§<br>§ | |
| v. | § | H-07-CV-0721 |
| | § | |
| RICK THALER,<br>Respondent. | §<br>§<br>§ | |

## ORDER

On August 3, 2009, this Court denied Petitioner's third amended petition for a writ of habeas corpus. On September 9, 2009, this Court denied Washington's motion to alter or amend the judgment. Washington subsequently appealed to the Fifth Circuit.

On February 19, 2010, the Fifth Circuit stayed Washington's appeal to allow him to seek relief from the judgment of this Court on the grounds that the judgment dismissing his petition erroneously concluded that one of Washington's claims was unexhausted in state court. This Court denied that motion on June 16, 2010.

On July 13, 2010, Mr. Washington filed a motion in the form of a letter asking this Court to dismiss his counsel and for recusal of the Judge. As this Court has already dismissed Washington's case and denied his post-judgment motions, Washington's motion is moot. Accordingly,

IT IS ORDERED that Petitioner's Motion (Docket Entry 82) is **Denied As Moot**.

SO ORDERED

SIGNED this **14** day of September, 2010, at Houston, Texas.

David Hittner
United States District Judge