Judge David Hittner,      April 12, 2011

     I am waiving my appeal & I'd like the case called back from the 5th. Circuit & the lawyers, James C. Lohman & David Lane, removed from my case & all matters involving my case & appeal.

     I'm not playing games with you, the lawyers or the courts. I've had enough!

     James Lohman, along with his lying, taking up the Texas Defender Services go-along-plot of not raising or investigating my longtime complaint that the record is altered, allowing Judge Hittner or Asst. Attorney General or both to hear me by phone conversation with you telling of the shooting on December 19, 1985. And after Texas Defender Service conducted that fraud recusal hearing which was nothing else but another denial to prevent me from proving my complaint in a hearing with me present & calling witnesses. Now this court is playing games with the record, struck every word I said from the record on April 12, 2008 asking the dismissal of counsel, the lack of any investigations to help me prove my complaint, then the in-court lie told to me by Lohman, that "only the claims brought in the writ could be considered & constitutional claims." Deny me due process to protect state agents, states witnesses, police, lawyers conspiring with state prior to trial, on appeal & during trial. Time & my counsel is the state defense against me & my efforts, along with a few judges. I wish to waive appeal & rid myself of, James C. Lohman & David Lane. I don't want them filing anything to the 5th. Circuit claiming it "on my behalf."

                               Sincerely

                               Willie T. Washington

#41,856
Willie T. Washington #000856
Polunsky Unit
3872 Fm 350 South
Livingston, Texas 77351

Legal Mail

Judge David Hittner
P.O. Box #61010
Houston, Texas 77208

77208+1010