IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIE TERION WASHINGTON, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | H-07-CV-0721 |
| | § | |
| RICK THALER, | § | |
| Respondent. | § | |

## ORDER DENYING PETITIONER'S MOTION
## TO REMAND CASE

On August 3, 2009, this Court denied Petitioner Willie Terion Washington's third amended petition for a writ of habeas corpus. Washington's appeal is now pending in the Fifth Circuit.

On April 19, 2011, Washington filed a letter which was docketed as a motion to remand his case from the Fifth Circuit and to remove his attorneys. In the letter, Washington states that he wishes to waive his appeals.

This Court lacks jurisdiction to order the Fifth Circuit to remand a case. For this reason, Washington's motion must be denied.

Washington can inform the Fifth Circuit that he wishes to waive his appeal and dismiss his attorneys. He should be aware, however, that waiving his appeals would not result in his case returning to this Court. Rather, a waiver of appeals would

simply mean that no other court would review this Court's judgment denying relief, allowing the State to set a date for Washington's execution.

Accordingly,

IT IS ORDERED that Petitioner's Motion To Remand Case (Docket Entry 87) is **Denied**.

SO ORDERED

SIGNED this **27** day of April, 2011, at Houston, Texas.

David Hittner
United States District Judge