United States District Court
Southern District of Texas
**ENTERED**
August 09, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIE TERION WASHINGTON, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | H-07-CV-0721 |
| | § | |
| LORIE DAVIS, | § | |
| Respondent. | § | |

## ORDER

The Fifth Circuit remanded this case for an evidentiary hearing on two claims of ineffective assistance of counsel. An evidentiary hearing is scheduled. This Court previously denied the petitioner's request for discovery concerning historical evidence of racially motivated peremptory jury strikes by the Harris County District Attorney's office. Washington moved for reconsideration, citing a recent Supreme Court decision. For the same reasons given on pages 4-5 of this Court's Order dated

1

August 5, 2019, *see* Docket Entry No. 200, Washington's motion for reconsideration (Docket Entry No. 198) is DENIED.

SO ORDERED

SIGNED this 9 day of August, 2019, at Houston, Texas.

                                             David Hittner
                                             United States District Judge