United States District Court
Southern District of Texas
**ENTERED**
February 12, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIE TERION WASHINGTON, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | H-07-CV-0721 |
| | § | |
| LORIE DAVIS, | § | |
| Respondent. | § | |

## ORDER

Petitioner's unopposed motion to designate replacement expert and amend the scheduling order [DE 208] is GRANTED. It is ORDERED that:

1. Petitioner will designate and serve an expert report from a replacement expert for Dr. Charles Golden by August 11, 2020;

2. The parties will exchange finalized witness lists by September 28, 2020; The lists will include the name and contact information of each witness, and a brief summary of the witness' expected testimony;

3. The parties will exchange finalized exhibit lists by September 28, 2020. The lists will include copies of the exhibits in digital form;

4. All written objections to witnesses or exhibits and all pretrial motions will be filed by October 12, 2020;

5. Any responses or objections to motions will be filed by October 19,

2020;

6. The Court will hold a pretrial conference on October 21, 2020 at 10:00 a.m. for the Court to rule on objections and motions identified in paragraphs 3 and 4; and

6. The Court will hold an evidentiary hearing beginning on Monday November 9, 2020 at 10:00 a.m.

SO ORDERED

SIGNED this 31 day of January, 2020, at Houston, Texas.

David Hittner
United States District Judge