IN THE US SOUTHERN DISTRICT COURT
HOUSTON DIVISION, TEXAS

United States Courts
Southern District of Texas
FILED

AUG 09 2021

Nathan Ochsner, Clerk of Court

Willie Terion Washington
    Petitioner
V.
                               No. H-07-CV-0721
Lorie Davis, Director,
Texas Department Of Criminal Justice
    Respondent

## Motion To Dismiss All Counsel

Comes now, Willie T. Washington, the petitioner in the above cause, requesting of this court the dismissal/removal of all appointed counsel in this matter for the following stated:
The defendant/petitioner has informed counsel, James C. Lohman, Jeremy Schepers, et al, within his office that the trial record has been altered. Defendant has also informed this court of same during the 2008 STATUS HEARING. Counsel from the Texas Defender Service, Bryce Benjet, Jim Marcus, et al, within his office/firm of same. Counsel, Gary Neale Reger, was informed that the trial-record had been altered & stated where in record. Defendant informed The Harris County D.A.'s office; State Attorney Generals Office; Committee Of Judges in/of Conroe, Texas; trial-counsel, Reo Harris Jr. & Second Chair counsel, Mr. Goberman; trial-judge Pat Lykos; State Bar Of Texas Investigator, Robert Smith; Court Of Criminal Appeals.

It is the belief of, Willie T. Washington, that all counsel, past & present had/has taken the position of ignoring his claim's/concerns for the benefit of filing a pay voucher & refusing to investigate witnesses that can prove defendants concerns & those being, Mary Drake & the trial-jury. The entire time counsel from the Capital Habeas Unit has been on the defendants case lies have been told claiming they couldn't investigate/speak/involve the jury or my accusing witness, but noboidy saught, Mary Drake, so that defendant could prove that, Mary Drake, did testify to the jury/in the presence of the jury. This matter & point was/is too urgent not to investigate. Also to investigate if at all, Mary Drake, told, Detective Doug Osterberg, that she <u>saw</u>, Willie T. Washington, use drugs as reflected in his report. Counsel appointed by the courts has repeatedly denied the defendant due process & knowingly so for the purpose of filing their voucher's & being paid to be on defendants case, Willie T. Washington. This matter has been plead by the defendant since 1990 (when acquired the trial-record/transcript) & done so because he feels it's his duty & obligation to give this notice to all involved with defendants case. Counsel (all) refuse to act on defendants claim. Willie T. Washington, requests that none recieve payment in/for the case/cause reflected above & appointed by this court. They hadn't earned a penny, but ignored defendant for the purpose of filing a voucher for pay & not even filing requesting viewing the D.A. file under "Policies & Practices" justifies their payment in this matter.

Signed: _Willie T. Washington_ /Date: _August 5, 2021_

Willie T. Washington #000856
Polunsky Unit, 3872 FM 350 South
Livingston, Texas 77351

United States Courts
Southern District of Texas
FILED

AUG 09 2021

Nathan Ochsner, Clerk of Court

Legal Mail Privileged Claimed    To: Clerk
U.S. Southern District Court
Post Office Box # 61010
Houston, Texas 77208

77208-101010