United States District Court
Southern District of Texas
**ENTERED**
May 23, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Willie Terion Washington, | § § | |
| V. | § § | CIVIL ACTION NO. H-07-721 |
| Bobby Lumpkin, | § § § § | |

## RECUSAL ORDER

1. I stand recused in this case.

2. Deadlines in scheduling orders subsist. Any court settings are vacated.

Signed on the __23__ day of May, 2022.

_David Hittner_
DAVID HITTNER
United States District Judge